IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA PREMO, as next friend to TJP, a minor, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHAMPAIGN POLICE OFFICERS TIMOTHY ATTEBERRY, DANE KALDAHL, ARTHUR MILLER, JORDAN HAGEMANN, JAMES HOBSON, SERGEANT BRIAN ROGERS, and THE CITY OF CHAMPAIGN, ILLINOIS, a municipal corporation, <br><br> Defendants. | CASE NO. 19-CV-1078-CSB-EIL |

**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST
DEFENDANTS HAGEMANN AND HOBSON, AS WELL AS THE *MONELL* CLAIM**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties stipulate to dismiss with prejudice (and without an award of fees, costs, or disbursements):

1. All claims asserted against Defendant JORDAN HAGEMANN,

2. All claims asserted against Defendant JAMES HOBSON, and

3. Count VI of Plaintiff's Complaint [Doc. 1, pp. 11-13, ¶¶ 78-89] which is directed against Defendant THE CITY OF CHAMPAIGN, ILLINOIS and alleges a *Monell* policy claim under 42 U.S.C. § 1983.

To the extent that the Court wishes to issue an order, the undersigned parties approve the proposed order filed as an attachment to this stipulation.

IT IS SO STIPULATED:

| HALE & MONICO LLC | THOMAS MAMER, LLP |
|---|---|
| *s/ Shawn W. Barnett*<br>*(approved by email 1/06/2020)*<br>Andrew M. Hale (# 6197786)<br>Shawn W. Barnett (# 6312312)<br>53 West Jackson, Suite 337<br>Chicago, IL 60604<br>Tel.: (312) 870-6905<br>ahale@ahalelaw.com, sbarnett@ahalelaw.com<br>*ATTORNEYS FOR PLAINTIFF* | *s/ Justin N. Brunner*<br>David E. Krchak (#3127316)<br>Justin N. Brunner (#6323496)<br>30 E. Main St., Ste. 500<br>P.O. Box 560<br>Champaign, IL 61824-0560<br>Tel.: (217) 351-1500 ; Fax: (217) 351-2169<br>DEK@ThomasMamer.com;<br>JNB@ThomasMamer.com<br>*ATTORNEYS FOR DEFENDANTS* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date noted below, I caused:

- the foregoing STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS HAGEMANN AND HOBSON, AS WELL AS THE *MONELL* CLAIM, and

- a proposed ORDER DISMISSING DEFENDANTS HAGEMANN AND HOBSON, AS WELL AS THE MONELL CLAIM

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record.

Dated: January 6, 2020

                                                     *s/ Justin N. Brunner*
                                                   Justin N. Brunner (#6323496)
                                                   THOMAS MAMER, LLP