IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THERESA PREMO,
as next friend to TJP, a minor,

    Plaintiff,

v.

CITY OF CHAMPAIGN POLICE OFFICERS
TIMOTHY ATTEBERRY, DANE KALDAHL,
ARTHUR MILLER, JORDAN HAGEMANN,
JAMES HOBSON, SERGEANT BRIAN ROGERS,
and THE CITY OF CHAMPAIGN, ILLINOIS,
a municipal corporation,

    Defendants.

CASE NO. 19-CV-1078-CSB-EIL

## ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS HAGEMANN AND HOBSON, AS WELL AS THE *MONELL* CLAIM

Based upon the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii); based upon the entire file, record, and proceedings herein; and after being duly advised; IT IS HEREBY ORDERED THAT the following claims are dismissed with prejudice (and without an award of fees, costs, or disbursements):

1. All claims asserted against Defendant JORDAN HAGEMANN,

2. All claims asserted against Defendant JAMES HOBSON, and

3. Count VI of Plaintiff's Complaint [Doc. 1, pp. 11-13, ¶¶ 78-89] which is directed against Defendant THE CITY OF CHAMPAIGN, ILLINOIS and alleges a *Monell* policy claim under 42 U.S.C. § 1983.

IT IS SO ORDERED

Dated: _____, 2020

BY THE COURT:

_____
The Honorable Eric I. Long
United States Magistrate Judge