UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF LLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Theresa Premo, as next friend to TJP, a minor | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CV 1078 |
| | ) | |
| City of Champaign Police Officer Timothy Atteberry, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Motion to Substitute Plaintiff**

Plaintiff THERESA PREMO, as next friend for TJP, a minor, by and through her attorneys, respectfully moves to substitute parties pursuant to the Federal Rules of Civil Procedure and states:

1. Plaintiff Theresa Premo is the mother of Tavion Jones-Premo. Plaintiff initiated this litigation on Tavion's behalf because at the time the lawsuit was filed – March 7, 2019 – Tavion had not reached the age of maturity. Tavion is the real party at interest as it is Tavion who contends his rights were violated by Defendants.

2. Tavion reached the age of 18 in August 2020.

3. While the Federal Rules do not contain a specific provision for substitution when a minor plaintiff reaches the age of majority, courts have previously substituted plaintiffs as the real party in interest in these circumstances under Federal Rules 15, 17(a)(3), and 25. *See Zachary M. v. Board of Educ. Of Evanston Tp. High School Dist. No. 202*, 829 F.Supp.2d 649, 652 n.1 (N.D.Ill. 2011); *see also Walker v. Evans*, No. 10-12596, 2011 WL

      3583248, at *1 (E.D.Mich. Aug 15, 2011)(Cleland, J.) (granting motion to substitute plaintiff under Rules 15 or 25).

4. Defendants have no objection to this motion.

Accordingly, Plaintiff Theresa Premo requests that Tavion Jones-Premo be substituted as the real party in interest and the case caption and docket be modified to reflect the substitution.

                                             Respectfully submitted,

                                             */s/ Shawn W. Barnett*
                                             Attorney No. 6312312

Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, IL 60604
HaleMonico.com
(312) 870-6905

**Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing using the Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Shawn W. Barnett*