IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAVION JONES-PREMO,<br><br>      Plaintiff,<br>v.<br><br>CITY OF CHAMPAIGN POLICE OFFICERS<br>TIMOTHY ATTEBERRY, DANE KALDAHL,<br>ARTHUR MILLER, SERGEANT BRIAN ROGERS, and<br>THE CITY OF CHAMPAIGN, ILLINOIS,<br>a municipal corporation,<br><br>      Defendants. | CASE NO. 19-CV-1078-CSB-EIL |

## STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named parties, via their undersigned counsel, stipulate that:

1. Plaintiff has executed a Settlement Agreement and Release ("Agreement").

2. That Agreement remains subject to approval by the City of Champaign.

3. In the interim, all of Plaintiff's claims against Defendants TIMOTHY ATTEBERRY, DANE KALDAHL, ARTHUR MILLER, and SERGEANT BRIAN ROGERS are dismissed without prejudice and without an award of fees, costs, disbursements, or payment of any kind.

4. Plaintiff has leave to reinstate those claims solely in the event that the City of Champaign rejects the Agreement. If the City executes the Agreement, then this dismissal will be converted to a dismissal with prejudice *nunc pro tunc* to the date of this dismissal.

5. The Parties intend these conditions to reflect that: (a) any agreed-upon payment will not be paid to compromise any claim that the defendant officers engaged in conduct that makes them directly liable to Plaintiff or that makes the City vicariously liable to him and (b) any

agreed-upon payment will be paid to compromise only Plaintiff's remaining potential claims that may seek to hold only the City directly liable.

6. To the extent that the Court wishes to issue an order, the undersigned parties approve the proposed order filed as an attachment to this stipulation.

IT IS SO STIPULATED:

<table>
<tr><td>

HALE & MONICO LLC

*s/ Shawn W. Barnett*
*(approved by email 9/02/2020)*
Andrew M. Hale (# 6197786)
Shawn W. Barnett (# 6312312)
53 West Jackson, Suite 337
Chicago, IL 60604
Tel.: (312) 870-6905
ahale@halemonico.com
sbarnett@halemonico.com
*ATTORNEYS FOR PLAINTIFF*

</td><td>

THOMAS MAMER, LLP

*s/ Justin N. Brunner*
David E. Krchak (#3127316)
Justin N. Brunner (#6323496)
30 E. Main St., Ste. 500
P.O. Box 560
Champaign, IL  61824-0560
Tel.: (217) 351-1500 ; Fax: (217) 351-2169
DEK@ThomasMamer.com;
JNB@ThomasMamer.com
*ATTORNEYS FOR DEFENDANTS*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, I caused:

- the foregoing STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS, and

- a proposed ORDER DISMISSING INDIVIDUAL DEFENDANTS

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record.

Dated:  September 2, 2020

*s/ Justin N. Brunner*
Justin N. Brunner (#6323496)
THOMAS MAMER, LLP