IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAVION JONES-PREMO,<br><br>    Plaintiff,<br>v.<br><br>CITY OF CHAMPAIGN POLICE OFFICERS<br>TIMOTHY ATTEBERRY, DANE KALDAHL,<br>ARTHUR MILLER, SERGEANT BRIAN ROGERS, and<br>THE CITY OF CHAMPAIGN, ILLINOIS,<br>a municipal corporation,<br><br>    Defendants. | CASE NO. 19-CV-1078-CSB-EIL |

## ORDER DISMISSING INDIVIDUAL DEFENDANTS

Based upon the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii); based upon the entire file, record, and proceedings herein; and after being duly advised; IT IS HEREBY ORDERED THAT all of Plaintiff's claims against Defendants TIMOTHY ATTEBERRY, DANE KALDAHL, ARTHUR MILLER, and SERGEANT BRIAN ROGERS are dismissed without prejudice and without an award of fees, costs, disbursements, or payment of any kind.

IT IS SO ORDERED                    BY THE COURT:

Dated: _____, 2020          _____
                                    The Honorable Eric I. Long
                                    United States Magistrate Judge