IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAVION JONES-PREMO,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF CHAMPAIGN POLICE OFFICERS<br>TIMOTHY ATTEBERRY, DANE KALDAHL,<br>ARTHUR MILLER, SERGEANT BRIAN ROGERS, and<br>THE CITY OF CHAMPAIGN, ILLINOIS,<br>a municipal corporation,<br><br>    Defendants. | CASE NO. 19-CV-1078-CSB-EIL |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named parties, via their undersigned counsel, stipulate that:

1.  Plaintiff's claims against Defendants TIMOTHY ATTEBERRY, DANE KALDAHL, ARTHUR MILLER, and SERGEANT BRIAN ROGERS were previously dismissed without prejudice. *See* Doc. 44 and Text Order dated September 3, 2020. Those claims are hereby dismissed *with prejudice* and without an award of fees, costs, disbursements, or payment of any kind *nunc pro tunc* to the date of the earlier dismissal.

2.  Plaintiff's claims against Defendant THE CITY OF CHAMPAIGN, ILLINOIS are dismissed with prejudice and without an award of fees, costs, disbursements, or payment of any kind.

3.  To the extent that the Court wishes to issue an order, the undersigned parties approve the proposed order filed as an attachment to this stipulation.

IT IS SO STIPULATED:

| | |
|---|---|
| HALE & MONICO LLC | THOMAS MAMER, LLP |
| *s/ Shawn W. Barnett* <br> *(approved by email 9/28/2020)* <br> Andrew M. Hale (# 6197786) <br> Shawn W. Barnett (# 6312312) <br> 53 West Jackson, Suite 337 <br> Chicago, IL 60604 <br> Tel.: (312) 870-6905 <br> ahale@halemonico.com <br> sbarnett@halemonico.com <br> *ATTORNEYS FOR PLAINTIFF* | *s/ Justin N. Brunner* <br> David E. Krchak (#3127316) <br> Justin N. Brunner (#6323496) <br> 30 E. Main St., Ste. 500 <br> P.O. Box 560 <br> Champaign, IL  61824-0560 <br> Tel.: (217) 351-1500 ; Fax: (217) 351-2169 <br> DEK@ThomasMamer.com; <br> JNB@ThomasMamer.com <br> *ATTORNEYS FOR DEFENDANTS* |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, I caused:

- the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE, and

- a proposed ORDER OF DISMISSAL WITH PREJUDICE

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record.

Dated:  September 28, 2020                         *s/ Justin N. Brunner*
                                                                          Justin N. Brunner (#6323496)
                                                                          THOMAS MAMER, LLP