IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAVION JONES-PREMO,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF CHAMPAIGN POLICE OFFICERS<br>TIMOTHY ATTEBERRY, DANE KALDAHL,<br>ARTHUR MILLER, SERGEANT BRIAN ROGERS, and<br>THE CITY OF CHAMPAIGN, ILLINOIS,<br>a municipal corporation,<br><br>　　　　Defendants. | CASE NO. 19-CV-1078-CSB-EIL |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii); based upon the entire file, record, and proceedings herein; and after being duly advised; IT IS HEREBY ORDERED THAT:

　　1.　Plaintiff's claims against Defendants TIMOTHY ATTEBERRY, DANE KALDAHL, ARTHUR MILLER, and SERGEANT BRIAN ROGERS were previously dismissed without prejudice. *See* Doc. 44 and Text Order dated September 3, 2020. Those claims are hereby dismissed *with prejudice* and without an award of fees, costs, disbursements, or payment of any kind *nunc pro tunc* to the date of the earlier dismissal.

　　2.　Plaintiff's claims against Defendant THE CITY OF CHAMPAIGN, ILLINOIS are dismissed with prejudice and without an award of fees, costs, disbursements, or payment of any kind.

IT IS SO ORDERED　　　　　　　　　　BY THE COURT:

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Eric I. Long
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge